TH:JRS/MWG
F. #2019R00447

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

IVAN ELI,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INFORMATION

Cr. No. 23-401 (ENV)
(T. 18, U.S.C., §§ 1001(a)(2) and
3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

MATERIAL FALSE STATEMENTS

1. In or about and between April 2022 and May 2022, both dates being approximate and inclusive, within the Eastern District of New York, the defendant IVAN ELI did knowingly and willfully make one or more materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and the United States Attorney's Office for the Eastern District of New York ("USAO-EDNY"), in that the defendant falsely stated and represented to one or more ATF Special Agents and Assistant United States Attorneys with the USAO-EDNY that he had stopped abusing controlled substances in 2020, when in fact, as he then and there well knew and

believed, he had abused promethazine HCl and codeine phosphate oral solution, a Schedule V controlled substance, in or about and between April 2022 and May 2022.

(Title 18, United States Code, Sections 1001(a)(2) and 3551 et seq.)

*By Carolyn Pokorny, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2019R00447
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

IVAN ELI,

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 1001(a)(2) and 3551 et seq.)

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

_____

*Jonathan Siegel and Michael W. Gibaldi, Assistant U.S. Attorneys, 718-254-7000*